# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

GUSTAVO MORA HERNANDEZ,          :
     Petitioner,          :
                  :
     v.          :       No. 19-cv-00279
                  :
COMMONWEALTH OF PENNSYLVANIA, and          :
ATTORNEY GENERAL JOSH SHAPIRO          :
         Respondents.          :

_____

# O R D E R

**AND NOW**, this 4th day of February, 2020, after de novo review of Petitioner Gustavo Mora Hernandez's Petition for Writ of Review pursuant to the All Writs Act, ECF No. 1; the Report and Recommendation ("R&R") of Magistrate Judge Richard A. Lloret, ECF No. 8; the objections to the R&R, ECF No. 10, and for the reasons set forth in the Opinion dated February 4, 2020, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 8, is **APPROVED and ADOPTED**;

2. The objections, ECF No. 10, to the Report and Recommendation are **OVERRULED**;

3. Petitioner's Petition for Writ of Review pursuant to the All Writs Act, ECF No. 1, is **DENIED**;

4. To the extent Petitioner seeks relief under 28 U.S.C. § 2254, a certificate of appealability is denied; and

5. The case is **CLOSED**.

                  BY THE COURT:

                  */s/ Joseph F. Leeson, Jr.*_____
                  JOSEPH F. LEESON, JR.
                  United States District Judge